IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PATRICK PIZZELLA, Acting Secretary of Labor,
United States Department of Labor                                            PETITIONER

v.                              Case No. 4:19-mc-00011

NIEHAL RAY RAHIM,
Individually, and in his capacity
as Custodian of Records for RAY'S
HOSPITALITY, LLC                                                             RESPONDENT

## ORDER

Before the Court is Petitioner's Motion to Dismiss Administrative Subpoena Enforcement Action. ECF No. 7. Petitioner states that Respondent has complied with the administrative subpoena at issue. Thus, Petitioner requests that this subpoena enforcement action be dismissed. Upon consideration, the Court finds that the motion (ECF No. 7) should be and hereby is **GRANTED**, and this subpoena enforcement action is **DISMISSED**.

**IT IS SO ORDERED**, this 12th day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge